IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MITCHELL W. WAGNER, §
Institutional ID No. 1543049 §
SID No. 2396387 §
Previous TDCJ ID Nos. 875647, 995563 §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. 1:19-CV-00035-C-BL
§
TERRI WILKE, *et al.*, §
§
Defendants. §

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the May 28, 2019 Report and Recommendation of the Magistrate Judge, the Court finds that the findings, conclusions, and recommendation of the Magistrate Judge are correct and should be adopted. Plaintiff's request for an Emergency Preliminary Injunction found within his original complaint and Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 11) are DENIED.

This case is TRANSFERRED back to the docket of the United States Magistrate Judge for further proceedings in accordance with the Order entered March 29, 2019.

SO ORDERED.

Dated June 19, 2019.

SAM R. CUMMINGS
Senior United States District Judge