IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MITCHELL W. WAGNER,<br>Institutional ID No. 1543049,<br>SID No. 02396387,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MARTIN,[1] et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:19-CV-00035-C |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, recommending that Plaintiff's remaining claims proceed through the course of litigation. Plaintiff timely filed objections. (Doc. 39, 40.) In his objections, Plaintiff asserts that the Report and Recommendation mistakenly states that he only seeks injunctive relief in this case. However, Plaintiff notes that his original complaint also sought punitive damages for the pain and suffering he has endured as a because of Defendants' failure to provide him with dentures and proper medical care.

The undersigned Senior United States District Judge has conducted an independent, de novo review of the relevant portions of the record in this case and has examined the findings, conclusions, and recommendations of the Magistrate Judge. The Court notes that on March 18, 2020, the Magistrate Judge entered an Order to Answer and for Partial Dismissal along with a Judgment in accordance with Federal Rule of Civil Procedure 54(b). (Docs. 33, 34.) In that

---

[1] The caption of this case is changed to reflect only the remaining parties in this case.

Order, the Court found, among other things, that Plaintiff's request for punitive damages had been abandoned based on his more definite statement and dismissed his individual capacity claims.[2] Plaintiff did not file an appeal from the partial dismissal. Therefore, Plaintiff's objections are **OVERRULED**. The Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court will enter a separate scheduling order, setting forth dates for pretrial deadlines and filing dispositive motions.

The Court also finds that Plaintiff's "Motion for a [sic] Order for Pain and Suffering" (Doc. 40) should be construed as a response to the Report and Recommendation. The Clerk is directed to terminate the motion on the docket.

**SO ORDERED.**

Dated April 12, 2021.

SAM R. CUMMINGS
Senior United States District Judge

---

[2] The Magistrate Judge acknowledged Plaintiff's prior request for damages, "[h]owever, in his more definite statement, Wagner stated that 'as relief in this action all I want is dentures and follow-up physical therapy for my sore gums.' [Doc. 17 at 12.] By this statement, the Court construes Wagner's current claim solely as a claim for injunctive relief and considers his prior claims for compensatory and punitive damages abandoned." (Doc. 33 at 13–14.)